AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Viktors SUHORUKOVS | ) Case No. 6:20mj22 |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __7/12/2019 and 9/4/2019__ in the county of __Greenville and Pickens__ in the District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1341 | Mail Fraud |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Wayne E. Wright, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/09/2020__

_____
Judge's signature

City and state: __Greenville, South Carolina__    Jacquelyn D. Austin, U.S. Magistrate Judge
*Printed name and title*